# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> COMMERCIAL SERVICE SYSTEMS, LLC <br> and DOUGLAS BRUGLER <br><br> Defendants. | Civil No. 2:12-cv-00589-EAS-NMK |

## JUDGMENT

Plaintiff has filed her complaint and the defendants have waived service of the complaint and have agreed to the entry of this Judgment without contest in accordance with the Stipulation between the parties filed herein. It is therefore, upon motion of the attorneys for Plaintiff, and for cause shown:

ORDERED, ADJUDGED AND DECREED that defendants Commercial Service Systems, LLC and Douglas Brugler, their officers, agents, servants, employees and those persons in active concert or participation with them be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (52 Stat. 1060; 29 U.S.C. 201 et seq.), hereinafter referred to as the Act, in any of the following manners:

(1) The defendants Commercial Service Systems, LLC and Douglas Brugler shall not,

contrary to Section 7 of the Act, employ any of their employees engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, for a workweek longer than forty (40) hours, unless the employee receives compensation of his/her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he/she is employed.

(2)     The defendants Commercial Service Systems, LLC and Douglas Brugler shall not fail to make, keep and preserve records of their employees, and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations of the Administrator or the Secretary of Labor issued, and from time to time amended, pursuant to section 11(c) of the Act, and found in Title 29, Chapter V, Code of Federal Regulations, Part 516.

It is further ORDERED, ADJUDGED AND DECREED, that Defendants shall not request, solicit, suggest, or coerce, directly or indirectly, any employee to return or offer to return to the Defendants or to someone else for the Defendants any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendants under the provisions of this judgment.

It is further ORDERED, ADJUDGED and DECREED, that each party shall bear its own costs for this proceeding and that no costs or disbursements be allowed.

Dated: __Nov. 20__, 2012.

_____
U.S. District Court Judge